UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2021
```

DIEHARD EXTERMINATING INC., ET AL.,

                          *Plaintiffs*,

-against-

DANIEL MUSTO,

                          *Defendant.*

No. 21 Civ. 07598 (CM)

## SCHEDULING ORDER AND ORDER EXTENDING TRO

McMahon, J.:

(1)     The Court having convened a second scheduling conference in this removed action, enters the following tentative schedule (all deadlines fall at 5:00 PM on the date indicated):

- Plaintiffs must produce discovery responsive to Defendant's requests by October 15, 2021.

- Defendant's memorandum of law in opposition to the motion for a preliminary injunction must be filed with the Court by October 27, 2021.

- Direct testimony from all witnesses in the form of affidavits and a hard copy of all exhibits to be introduced at the hearing on Plaintiff's motion for a preliminary injunction must be received in chambers no later than November 3, 2021.

- The hearing on Plaintiff's motion for a preliminary injunction is tentatively scheduled for 10:00 AM on November 9, 2021, in courtroom 24A of the Daniel Patrick Moynihan Court House at 500 Pearl Street, New York, New York. The parties should not expect to file post-trial briefs but should be prepared to argue as soon as all witnesses have been cross-examined. It is likely that the Court will read a decision into the record.

(2)     The temporary restraining order entered by The Hon. Barry Ostrager is extended on consent until the conclusion of the hearing.

Dated: New York, New York
October 7, 2021

_____
U.S.D.J.

BY ECF TO ALL PARTIES