UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIEHARD EXTERMINATING INC. and PEST ELIMINATION SYSTEMS TECHNOLOGY, INC.,

Plaintiffs,

-against-

DANIEL MUSTO,

Defendant.

Docket No. 21-cv-7598 (CM)(OTW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2021

ORDER EXTENDING TEMPORARY RESTRAINING ORDER

McMahon, J.:

(1) The Court having convened a conference in this removed action, and having cancelled the preliminary injunction hearing at the request of the parties in the interests of settlement, enters an extension of the temporary restraining order on the consent of all parties pending settlement discussions between the parties.

(2) The temporary restraining order entered by The Hon. Barry Ostrager is extended on consent until December 3, 2021.

Dated: New York, New York
November __, 2021

December 1

_____
U.S.D.J.

BY ECF TO ALL PARTIES