UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIEHARD EXTERMINATING INC., ET AL.,

                *Plaintiffs*,

      -against-                      No. 21 Civ. 07598 (CM)

DANIEL MUSTO,

                *Defendant*.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/2022

## ORDER

McMahon, J.:

    I have concluded that everyone at tomorrow's hearing, including speakers, will be masked – this will avoid the need for people to arrive before 9 AM in order to get tested at the court's testing center for individuals who are going to speak in open court. As long as everyone remains masked there is no testing requirement.

    This means the witnesses will not sit in the witness box – I will likely put them in the jury box to testify – and the lawyers will speak from their seats (remaining seated).

Dated: New York, New York
       January 26, 2022

                                          /s/ Colleen McMahon
                                                    U.S.D.J.

BY ECF TO ALL PARTIES