PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN †
KENNETH A. GRAY
DONALD J. FARINACCI
WILLIAM C. DeWITT

OF COUNSEL

EDWARD P. RA
ROBERT G. LIPP †
ROBERT R. McMILLAN *(Retired)*

\* ALSO ADMITTED IN FL
\*\* ALSO ADMITTED IN NJ
† DECEASED

**BEE READY FISHBEIN HATTER & DONOVAN, LLP**

# BRFH&D
ATTORNEYS-AT-LAW

SENIOR ASSOCIATES

\*\*STEPHEN L. MARTIR
\*\*ANDREW K. PRESTON
DEANNA D. PANICO

ASSOCIATES

† BRIAN A. SUPER
PETER OLIVERI, JR.
RHODA Y. ANDORS
THEODORE GORALSKI
MORGAN A. CLINE
JASON P. BERTUNA

*[Handwritten endorsement:]* OK. Call in at 10 AM. 888-363-4749 Access code: 9054506
*[Signed]* Colleen McMahon 1/27/2022

January 26, 2022

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

**MEMO ENDORSED**

Re: *Diehard Exterminating Inc., et al. v. Musto*
<u>Docket No. 21-cv-7598 (CM)</u>

Dear Judge McMahon,

This law firm represents the Defendant in the above referenced action. We are writing on behalf of all Parties. While we sincerely apologize for the late hour of this correspondence, we are pleased to report to the Court that this case has settled. The settlement agreement is fully executed by both Parties and was submitted to the Court earlier tonight to be So-Ordered. Likewise, a fully executed Stipulation of Discontinuance was also filed to be So-Ordered by the Court. For this reason, the preliminary injunction hearing scheduled for tomorrow morning will no longer be necessary and we are respectfully requesting that it be marked off the Court's calendar.

We thank the Court for all of its patience with regards to this matter and sincerely apologize for any inconvenience caused to the Court. Thank you for your consideration of this matter.

Respectfully submitted,

*[Signature]*
Deanna Panico

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2022

Address: 170 Old Country Road • Suite 200 • Mineola, NY 11501 • Telephone (516) 746-5599 • Fax (516) 746-1045